NICOLA LOFRANO, Respondent, *v.* THE NEW YORK AND MOUNT VERNON WATER COMPANY, Appellant.

(Argued October 28, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 12, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Isaac N. Mills* for appellant.

*Joseph S. Wood* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., not voting.
Judgment affirmed.

---

ROSE N. HANRAHAN, Appellant, *v.* THE MANHATTAN RAILWAY COMPANY, Respondent.

(Argued October 30, 1891; decided December 1, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 23, 1889, which set aside a verdict in favor of plaintiff, sustained defendant's exceptions and directed a new trial.

*Charles Strauss* for appellant.

*Samuel Blythe Rogers* for respondent.

Agree to affirm order and for judgment absolute against the appellant; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Ordered accordingly.